# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE BEJERANO GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00545-SAB<br><br>ORDER DENYING WITHOUT PREJUDICE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF AND REQUIRING ORDER TO BE SERVED ON REGIONAL CHIEF COUNSEL<br><br>(ECF No. 14) |

Plaintiff Jane Garcia ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. Currently before the Court is a stipulation filed January 8, 2020, requesting an extension until January 31, 2020, for Defendant to file a responsive brief. (ECF No. 14.)

On April 30, 2019, the Court issued the scheduling order in this matter which specified Defendant's responsive brief shall be filed and served within thirty (30) days after service of Plaintiff's opening brief. (ECF No. 5 at 3.) Plaintiff filed her opening brief on December 2, 2019. (ECF No. 13.) Pursuant to the terms of the scheduling order, and given January 1, 2020, was a holiday, Defendant's brief was due on January 2, 2020. The stipulation currently before the Court was not filed until after the filing deadline had expired. In the stipulation, Defendant did not acknowledge that the deadline had expired, nor did Defendant provide an explanation for

why the stipulation was filed after the deadline.

In light of the fact that Defendant filed the request after the deadline without an explanation for the delay in seeking an extension, Defendant's stipulation for an extension of time shall be denied without prejudice subject to renewal.[1]  The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause.  Further, requests to modify the briefing schedule that are made on the eve of a deadline or after will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.  If done after a deadline, the party seeking an extension must show additional good cause why the matter was filed late with the request for nunc pro tunc.

Although the matters involved different counsel, within approximately the last thirty days, this Court has twice admonished Defendant for filing requests for extensions of time after the deadline to file briefing had expired.  See Alvarez-Herrera v. Commissioner of Social Security, Case No. 1:19-cv-00243-SAB, ECF Nos. 15, 16; Shaban v. Commissioner of Social Security, Case No. 1:19-cv-00111-SAB, ECF Nos. 19, 20.  Further, in Shaban, on December 17, 2019, the Court required the order denying the late-filed request to be served on the Regional Chief Counsel for the Social Security Administration to highlight the fact that the request was filed late despite the Court's previous admonishment.  In light of the belatedly filed request currently before the Court, the Court shall similarly require this order be served on the Regional Chief Counsel.

///

///

///

///

---

[1] The Court is aware that the scheduling order states that the Court will allow a single thirty (30) day extension of any aspect of the scheduling order by stipulation of the parties without requiring approval by the Court. However, the scheduling order has not been complied with due to the expiration of the filing deadline, and the Court shall now require an explanation of why the stipulation was not filed prior to the deadline if Defendant seeks to renew the request for an extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated request for an extension of time for Defendant to file an opposition to Plaintiff's opening brief is DENIED without prejudice; and

2. Defense counsel shall serve a copy of this order on Regional Chief Counsel for the Social Security Administration, Deborah Lee Stachel.

IT IS SO ORDERED.

Dated: __**January 8, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE